**SO ORDERED.**

**SIGNED this 2 day of December, 2021.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

**IN RE:**

| | |
|---|---|
| **MADONNA MONROE CHERRY** | **CASE NO: 19-00330-5-JNC** |
| **6461 CHERRY RUN RD.** | **CHAPTER 13** |
| **WASHINGTON, NC 27889** | |

## CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtor's Chapter 13 Plan; now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Chapter 13 Plan is modified as follows:

From:  $1,010.00 per month for a period of 60 months

To:   $953.00 per month for a period of 34 months followed by
      $1,010.00 per month for a period of 1 month followed by
      $1,358.00 per month for a period of 25 months

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

/s/ Lindsay M. Parker

Lindsay M. Parker
Attorney for Debtor
Gillespie & Murphy PA
PO Drawer 888
New Bern, NC 28563
(252) 636-2225 Fax: (252) 636-0625
NC State Bar No.: 50894
gmpa@lawyersforchrist.com


/s/ Joseph A. Bledsoe, III

Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern NC 28563
(252) 633-0074
NC State Bar No.: 19817
chapter13@bledsoe13.com

**"End of Document"**