**SO ORDERED.**

**SIGNED this 28 day of June, 2022.**

Joseph N. Callaway
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

| | |
|---|---|
| MADONNA MONROE CHERRY | CASE NO: 19-00330-5-JNC |
| 6461 CHERRY RUN RD. | CHAPTER 13 |
| WASHINGTON, NC 27889 | |
| DEBTOR | |

### CONSENT ORDER

**THIS MATTER** coming on to be heard before the Court upon the Motion to Dismiss ("Motion") filed by the Chapter 13 Trustee;

**AND IT APPEARING TO THE COURT** that the Debtor and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is denied.

2. The Debtor shall resume regular monthly payments in the amount of $1,358.00 beginning with the payment due July 1, 2022.

3. The Debtor shall make additional payments each month in the amount of $511.00 beginning July 1, 2022 and continuing monthly thereafter for a period of six (6) months to bring the plan current.

4. In the event the Debtor fails to make any regular payment or additional payment within 30 days of the due date, this case will be deemed immediately dismissed upon notification by the Trustee to the Court without the need for the Trustee to reapply to the Court. This automatic dismissal provision will terminate after six (6) months, applying to payments

starting on July 1, 2022 and continuing to and including the payment due on December 1, 2022.

**CONSENTED TO:**

/s/ Joseph A. Bledsoe, III
**JOSEPH A. BLEDSOE, III**
Chapter 13 Trustee
PO Box 1618
New Bern, NC 28563
(252) 633-0074
NC State Bar No.: 19817
chapter13@bledsoe13.com

**LINDSAY MURPHY PARKER**
Attorney for Debtor
Gillespie & Murphy PA
PO Drawer 888
New Bern, NC 28563
(252) 636-2225
NC Bar No.: 50894
gmpa@lawyersforchrist.com

"End of Document"